## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| KIANA RODGERS on behalf of<br>herself and all others similarly situated, | ) | |
| | ) | |
| | ) | Civil Action Number: |
| Plaintiff, | ) | 1:15-cv-00336-ELR |
| | ) | |
| v. | ) | |
| | ) | Jury Trial Demanded |
| GOLDEN HOMES SERVICES, LLC, | ) | |
| a Georgia Company, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Kiana Rodgers and Defendant Golden Homes Services, LLC through undersigned counsel, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear its own costs and fees.

Respectfully submitted: August 21, 2015.

By:   /s/Kimberly N. Martin
Kimberly N. Martin
kimberlymartinlaw@gmail.com
Georgia Bar No. 473410
Thomas F. Martin
tfmartinlaw@msn.com
Georgia Bar No. 482595

MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085

(404) 313-5538
(770) 837–2678 Fax

**Attorneys for Plaintiff**

/s/Raanon Gal

Raanon Gal
Georgia Bar No. 100281
rgal@taylorenglish.com

TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Telephone: (770) 3434-6868
Facsimile: (770) 434-7376

**Attorneys for Defendant**